United States District Court
for the
Southern District of Illinois

| | | |
|---|---|---|
| OTIS DALE SHOEMAKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 15-cv-01209-MJR-DGW |
| | ) | |
| v. | ) | |
| | ) | |
| OCWEN LOAN SERVICING, LLC. | ) | |
| *a Delaware Limited LIability Company*, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT IN A CIVIL ACTION

This cause of action is dismissed with prejudice as a result of the parties' settlement.

Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

Dated: May 27, 2016

Justine Flanagan, Acting Clerk of Court
s/ Debbie DeRousse
Deputy Clerk

Approved: s/ Michael J. Reagan
Michael J. Reagan, U.S. District Judge